IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ROGER S. FULLER, JR.,

    Plaintiff,

v.                                  Civil Action No. 7:17CV564

CARILION CLINIC,
CARILION CHIEF OF POLICE STEVE LUGAR,
and CARILION POLICE CAPT. RON DONELSON,

    Defendants.

## ORDER VACATING PRETRIAL CONFERENCE AND TRIAL AND DISMISSING CIVIL ACTION

    Pursuant to a mediation conference conducted by Magistrate Judge Joel C. Hoppe on June 27, 2019, this Court has been advised that the matters in controversy have been compromised and settled. Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days. Specifically, the pretrial conference and trial in this civil action are hereby VACATED.

    The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

    IT IS SO ORDERED.

    The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED: June 28, 2019

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE